[No. 11954–1–I. Division One. January 7, 1985.]

UNITED PACIFIC INSURANCE COMPANY, ET AL, *Respondents,*
v. RAYMOND P. COTY, ET AL, *Appellants,*
FEDERATED AMERICAN INSURANCE
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–2–04511–1, Robert C. Bibb, J., entered June 15, 1982. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Williams, JJ.

[No. 4936–1–III. Division Three. January 8, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR
L. WENDT, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00621–9, Blaine Hopp, Jr., J., entered December 18, 1981. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 5616–3–III. Division Three. January 8, 1985.]

RAY L. HERMAN, *Appellant,* v. KADLEC HOSPITAL,
*Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 79–2–00082–2, Robert S. Day, J., entered December 30, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, J., and Hopkins, J. Pro Tem.